UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-81375-CV-MIDDLEBROOKS

PACKET TREAT LLC,

    Plaintiff,

v.

UNIFY, INC.,

    Defendant.

_____

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff Packet Tread LLC's Notice of Settlement and Voluntary Dismissal with Prejudice, filed February 14, 2018. (DE 11). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or filed a motion for summary judgment. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 15 day of February, 2018.

                                                DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record